AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

**FILED**

NOV 0 3 2015

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

DAVID ROBERTS
*Defendant*

Case No. 2:15-mj-0013

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **DAVID ROBERTS**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Knowingly produce child pornography in violation of Title 18 U.S.C. § 2251(a); and
Count 2: Knowingly possess child pornography in violation of Title 18 U.S.C. § 2252(a)(4)(B).

Date: October 30, 2015

*Denise K. LaRue*
*Issuing officer's signature*

City and state: Indianapolis, Indiana

Denise K. LaRue, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/30/15, and the person was arrested on *(date)* 11/3/15
at *(city and state)*

Date: 11/3/15

*Ryan Barrett*
*Arresting officer's signature*

Ryan Barrett, Special Agent
*Printed name and title*