UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
NOV 03 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:15-mj-0013- |
| ) | |
| v. ) | |
| ) | |
| DAVID ROBERTS, ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
### (Rule 5 or 32.1, Fed. R. Crim. P.)

I, David Roberts, charged in a complaint pending in this District with knowingly produce and possess visual depictions of minors engaging in sexually explicit conduct in violation of 18 U.S.C. 2251(a) and 2252(a)(4)(B), and having appeared before this Court and advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary examination, do hereby waive my right to a preliminary examination.

_____
David Roberts
Defendant

11/3/15
Date

_____
Michael J. Donahoe
Counsel for Defendant

Distribution to all registered counsel by electronic notification via CM/ECF