UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2015 NOV -5  AM 11: 50

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:15-mj-0013 |
| | ) ) | |
| DAVID ROBERTS, | ) ) | |
| Defendant. | ) ) | |

### APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Michael J. Donahoe, Indiana Federal Community Defenders, Inc., as attorney for the Defendant.

Dated: November 4, 2015

_____
Michael J. Donahoe
Assistant Federal Defender
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 2150
Indianapolis, IN 46204
(317) 383-3520
Attorney for Defendant

### CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed. Notice of this filing will be e-mailed to Tiffany.McCormick@usdoj.gov

_____
Michael J. Donahoe
Assistant Federal Defender