UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,                Plaintiff, | ) ) ) | |
| vs. | ) ) | CAUSE NO. 2:15-mj-0013 |
| DAVID ROBERTS,                Defendant. | ) ) ) | - 01 |

**MINUTE ENTRY**

**For November 3, 2015**

Parties appear for an initial appearance on the Complaint dated October 30, 2015.  Defendant appeared in person and by appointed counsel, Mike Donahoe. Government represented by AUSA Tiffany McCormick.  USPO represented by Mandy Burton.

Charges, rights and penalties were reviewed and explained.

Defendant waived his right to a preliminary hearing and probable cause was found.

Government did not seek pretrial detention and defendant ordered released.

Government orally moved for the case file be unsealed and the Court granted the same.

Defendant released on conditions of pretrial release pending further proceedings before the Court.

Dated:   November 4, 2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel via electronic notification.